3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| COASTAL ENGINEERING, INC. | § § | CIVIL ACTION NO. B-01-150 |
| v. | § § | |
| NATIONAL AMERICAN INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND VALLEY FORGE INSURANCE COMPANY | § § § § § | |

## CERTIFICATE OF FILING REMOVAL IN STATE COURT

I hereby certify under penalty of perjury that, on September 10, 2001, Valley Forge Insurance Company filed a true copy of the Notice of Removal in this cause in the 357th Judicial District Court of Cameron County, Texas, serving a copy upon all counsel of record.

Respectfully submitted,

*Paul J. Van Osselaer*, mp JHC
Paul J. Van Osselaer
   Federal I.D. No. 8681
   Texas State Bar No. 20451500
111 Congress Avenue, Suite 900
Austin, TX 78701
Telephone:  (512) 482-6800
Telecopier:  (512) 482-6859

Attorney-in-Charge for Defendant
Valley Forge Insurance Company

OF COUNSEL:

HUGHES & LUCE, L.L.P.
Jill M. Cronin
    Federal I.D. No. 19127
    Texas State Bar No. 00791797
111 Congress Avenue, Suite 900
Austin, Texas 78701
Telephone: (512) 482-6800
Facsimile: (512) 482-6859

## CERTIFICATE OF SERVICE

By my signature below I certify that a true and correct copy of the foregoing document was served on all counsel of record as shown below on the _10th_ day of _September_ _____, 2001.

| | | |
|---|---|---|
| Mr. Rollins Koppel | _____ | Telecopier |
| Koppel & Associates, L.L.P. | _____ | Overnight Delivery |
| 312 East Van Buren Ave. | X _____ | Certified Mail, RRR |
| P.O. Box 2878 | | |
| Harlingen, Texas 78551 | | |

_/s/ Jill M. Cronin_
Jill M. Cronin