

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 20 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| COASTAL ENGINEERING, INC. § | |
| § | CIVIL ACTION NO. B-01-150 |
| v. § | |
| § | |
| NATIONAL AMERICAN INSURANCE § | |
| COMPANY, LIBERTY MUTUAL § | |
| INSURANCE COMPANY, AND § | |
| VALLEY FORGE INSURANCE § | |
| COMPANY § | |

**VALLEY FORGE INSURANCE COMPANY'S**
**DISCLOSURE OF INTERESTED PERSONS**

In accordance with this Court's Order, Defendant Valley Forge Insurance Company files its Disclosure of Interested Persons and identifies the following financially-interested parties:

1. Plaintiff, Coastal Engineering, Inc.

2. Defendant Valley Forge Insurance Company[1]

3. Defendant, National American Insurance Company[*]

4. Defendant, Liberty Mutual Insurance Company[*]

---

[1] Although Valley Forge Insurance Company is not, itself, publicly traded, Valley Forge is an indirect subsidiary of CNA Financial Corporation which is publicly traded on the New York Stock Exchange under the symbol "CNA."

[*] To the best of Valley Forge Insurance Company's knowledge, neither Defendants National American Insurance Company nor Liberty Mutual Insurance Company have yet been served with citation in this lawsuit. Nevertheless, Plaintiff's petition lists both National American Insurance Company and Liberty Mutual Insurance Company as Defendants. Valley Forge Insurance Company is unclear as to whether either of these companies are publicly traded.

Respectfully submitted,

*[signature: Paul J. Van Osselaer wp/JMC]*

Paul J. Van Osselaer
  Attorney-in-Charge
  State Bar No. 20451500
  HUGHES & LUCE, L.L.P
111 Congress Avenue
Suite 900
Austin, TX 78701
512/482-6800 (telephone)
512/482-6859 (facsimile)

ATTORNEYS FOR DEFENDANT
VALLEY FORGE INSURANCE COMPANY

Of Counsel:

Jill M. Cronin
State Bar No. 00791797
HUGHES & LUCE, L.L.P.
111 Congress Avenue
Suite 900
Austin, TX 78701
512/482-6800 (telephone)
512/482-6859 (facsimile)

### CERTIFICATE OF SERVICE

By my signature below I certify that a true and correct copy of the foregoing document was served on all counsel of record as shown below on the 19th day of September, 2001.

| | | |
|---|---|---|
| Mr. Rollins Koppel | _____ | Telecopier |
| Koppel & Associates, L.L.P. | _____ | Overnight Delivery |
| 312 East Van Buren Ave. | X | Certified Mail, RRR |
| P.O. Box 2878 | | |
| Harlingen, Texas 78551 | | |

*[signature]*
Jill M. Cronin