5

United States District Court
Southern District of Texas
FILED

SEP 2 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COASTAL ENGINEERING, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-150 |
| | § | |
| NATIONAL AMERICAN INSURANCE | § | |
| COMPANY, LIBERTY MUTUAL | § | |
| INSURANCE COMPANY, AND | § | |
| VALLEY FORGE INSURANCE | § | |
| COMPANY | § | |

## COASTAL ENGINEERING, INC.'S
## DISCLOSURE OF INTERESTED PERSONS

In accordance with this Court's Order, Plaintiff Coastal Engineering, Inc. files its Disclosure of Interest Persons and identified the following financially-interested parties:

1. Plaintiff, Coastal Engineering, Inc.[1]

2. Defendant, Valley Forge Insurance Company[2]

3. Defendant, National American Insurance Company[3]

4. Defendant, Liberty Mutual Insurance Company[4]

---

[1] Coastal Engineering, Inc. is a privately owned corporation.

[2] Defendant Valley Forge is an *indirect* subsidiary of *CNA Financial Corporation* which is publicly traded on the New York Stock Exchange under the Symbol "CNA."

[3] Defendant National American Insurance Company has been served with process on 09/20/01. We have no knowledge as to whether this company is publicly traded.

[4] Defendant Liberty Mutual Insurance Company will be served with process on its registered agent on 09/25/01. We have no knowledge as to whether this company is publicly traded.

Respectfully submitted,

KOPPEL & ASSOCIATES, L.L.P.
312 East Van Buren
Post Office Box 2878
Harlingen, Texas 78551
Telephone No.: (956) 425-2000
Telecopier No.: (956) 421-4258

By: _____
Rollins M. Koppel
State Bar No. 11680000
Federal Bar No. 3828

**Attorney for Plaintiff Coastal Engineering, Inc.**

## CERTIFICATE OF SERVICE

By my signature below I certify that a true and correct copy of the foregoing document was served on all counsel as shown below on the 24th day of September, 2001.

| | |
|---|---|
| Paul J. Van Osselaer<br>State Bar No. 20451500<br>HUGHES & LUCE, L.L.P.<br>111 Congress Avenue, Suite 900<br>Austin, Texas 78701 | Via CM-RRR: 7000 1670 0000 5043 7527 |
| Mr. Richard J. White<br>BUCKLEY, MATHEWS, WHITE & HOWELL, L.L.P.<br>Attorneys at Law<br>2401 Fountainview, Suite 1000<br>Houston, Texas 77057 | Via CM-RRR: 7000 1670 0000 5043 7510 |
| Mr. Fred L. Shuchart<br>MASON, COPELEN, SHUCHART, HUTCHINS,<br>& BANKS, P.C.<br>7500 San Felipe, Suite 700<br>Houston, Texas 77063 | Via CM-RRR: 7000 1670 0000 5043 7503 |

_____
Rollins M. Koppel