

United States District Court
Southern District of Texas
FILED

OCT 0 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COASTAL ENGINEERING, INC. | § | |
| | § | CIVIL ACTION NO. B-01-150 |
| vs. | § | (Jury trial requested) |
| | § | |
| NATIONAL AMERICAN INSURANCE | § | |
| COMPANY, LIBERTY MUTUAL | § | |
| INSURANCE COMPANY, AND | § | |
| VALLEY FORGE INSURANCE | § | |
| COMPANY | § | |

### NATIONAL AMERICAN INSURANCE COMPANY'S
### ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant NATIONAL AMERICAN INSURANCE COMPANY ("NAICO") and for its Answer and Affirmative Defenses to Plaintiff's Second Amended Original Petition, would show unto the Court and jury as follows:

1. NAICO denies the allegations contained in paragraph 1 in that the matter is now pending in federal court and therefore state court rules no longer apply.

2. NAICO admits any and all allegations contained in paragraph 2.

3. NAICO admits that it is an insurance company duly organized under the laws of the State of Oklahoma and has its principal place of business in Oklahoma. NAICO further admits that its registered agent and address is set forth correctly in the Second Amended Original Petition. NAICO further admits that venue is proper in the United States District Court for the Southern District of Texas Brownsville Division.

NAICO is without sufficient information to form a belief as to the truth of the remaining allegations contained in paragraph 3 and therefore denies same.

4. NAICO admits that the present cause of action purports to involve a request by the Plaintiff for a Declaratory Judgment construing the rights and obligations under various policies of insurance. NAICO further admits that it provided both general liability and umbrella policies to

Plaintiff between August 2, 1999 and August 2, 2000. NAICO denies any and all remaining allegations contained in paragraph 4.

5. NAICO admits that no Declaratory Judgment is necessary relating to the PSJACISD Case. NAICO denies any and all remaining allegations contained in paragraph 5.

6. NAICO admits that Plaintiff has demanded the case be heard before a jury. NAICO is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 and therefore denies same.

7. Answering further and for its first affirmative defense, NAICO states that Plaintiff's Second Amended Original Petition fails to state a claim upon which relief may be granted.

8. Answering further and for its second affirmative defense, NAICO states that some, if not all, of the allegations contained in the underlying lawsuits fail to allege an occurrence and therefore are not provided coverage by the NAICO policies.

9. Answering further and for its third affirmative defense, NAICO states that it is against the public policy of the State of Texas to insure for punitive damages.

10. Answering further and for its fourth affirmative defense, NAICO states that some, if not all, of the activity took place outside the NAICO policy period and therefore is not provided coverage.

11. Answering further and for its fifth affirmative defense, NAICO states that coverage under the policies is barred by the "known loss" or "loss in progress" doctrines.

12. Answering further and for its sixth affirmative defense, NAICO states that both policies of insurance exclude from coverage any and all bodily injury arising out of the actual, alleged or threatened discharge, dispersal, release, escape, seepage or emission of polluting or damaging substances. Some, if not all, of the allegations constitute bodily injury arising out of polluting and/or damaging substances and therefore are specifically excluded from coverage.

2

WHEREFORE, PREMISES CONSIDERED, NATIONAL AMERICAN INSURANCE COMPANY respectfully prays that Plaintiff take nothing by its suit; that National American Insurance Company be awarded its costs incurred herein including reasonable and necessary attorney's fees and for such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

**MASON, COPLEN, SHUCHART, HUTCHINS & BANKS, P.C.**

By: _____
Fred L. Shuchart
SBOT No. 18316250
Federal ID: 11851
7500 San Felipe, Suite 700
Houston, Texas 77063
Telephone:(713)785-5595
Facsimile:(713)785-8651

**Attorney for Defendant,
National American Insurance Company**

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this _1st_ day of October, 2001.

Rollins M. Koppel
Koppel and Assoc., LLP
312 East Van Buren
P.O. Box 288
Harlingen, Texas 78551

Paul J. Van Osselaer
Jill M. Cronin
Hughes & Luce, LLP
111 Congress Ave., Suite 900
Austin, Texas 78701

Mr. Richard White
Buckley, Mathews, White & Howell, L.L.P.
2401 Fountainview, Suite 1000
Houston, Texas 77057

_____
FRED L. SHUCHART

C:\MyFiles\client matter\Coastal Engineering\Answer & Affirm Defenses.wpd

4