United States District Court
Southern District of Texas
FILED

OCT 0 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| COASTAL ENGINEERING, INC. § | |
| § | CIVIL ACTION NO. B-01-150 |
| vs. § | (Jury trial requested) |
| § | |
| NATIONAL AMERICAN INSURANCE § | |
| COMPANY, LIBERTY MUTUAL § | |
| INSURANCE COMPANY, AND § | |
| VALLEY FORGE INSURANCE § | |
| COMPANY § | |

### NATIONAL AMERICAN INSURANCE COMPANY'S
### DISCLOSURE OF INTERESTED PERSONS

COMES NOW, NATIONAL AMERICAN INSURANCE COMPANY ("NAICO"), Defendant, pursuant to this Honorable Court's Order for Conference and Disclosure of Interest Parties and states as follows:

At this time, National American identifies the following entities as having a financial interest in the outcome of this litigation:

1. Plaintiff, Coastal Engineering, Inc., a privately owned corporation.

2. Defendant, Valley Forge Insurance Company, is an indirect subsidiary of CNA Financial Corporation which is publicly traded on the New York Stock Exchange under the symbol "CNA."

3. Defendant, National American Insurance Company, a privately owned corporation

4. Defendant Liberty Mutual Insurance Company. NAICO does not know if this company if publicly traded.

Respectfully submitted,

**MASON, COPLEN, SHUCHART, HUTCHINS & BANKS, P.C.**

By: _____
Fred L. Shuchart
SBOT No. 18316250
Federal ID: 11851
7500 San Felipe, Suite 700
Houston, Texas 77063
Telephone: (713) 532-5005
Facsimile:  (713) 785-8651

ATTORNEY FOR PLAINTIFF,
NATIONAL AMERICAN INSURANCE COMPANY

2

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 1st day of October, 2001.

      Rollins M. Koppel
      Koppel and Assoc., LLP
      312 East Van Buren
      P.O. Box 288
      Harlingen, Texas 78551

      Paul J. Van Osselaer
      Jill M. Cronin
      Hughes & Luce, LLP
      111 Congress Ave., Suite 900
      Austin, Texas 78701

      Mr. Richard White
      Buckley, Mathews, White & Howell, L.L.P.
      2401 Fountainview, Suite 1000
      Houston, Texas 77057

      FRED L. SHUCHART

C:\MyFiles\client matter\Coastal Engineering\Disclosure of Interested Parties.wpd

3