CAB-01-150

AO 440 (Rev. 10/93) Summons in a Civil Action

**United States District Court**
**Southern District of Texas**
**FILED**
**OCT 0 9 2001**
**Michael N. Milby**
**Clerk of Court**

8

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  SEPT 20, 2001 |
| NAME OF SERVER (PRINT)  J. J. PENA | TITLE  J.J. Pena #150  Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: NATIONAL AMERICAN INS CO C/O DAVID W. MCLANE AT 1601 ELM ST #2500 DALLAS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $5- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPT 20, 2001
           Date

Signature of Server

J.J. Pena #150
Deputy Sheriff

Dallas County Sheriff's Dept.
Writ Enforcement Section 3132
133 N. Industrial Blvd. LB-31
Dallas, TX 75207

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO.440 (Rev. 10/93) Summons in a Civil Action                                                  ≈ 8123

# UNITED STATES DISTRICT COURT

2001 SEP 19 PM 12: 14

| Southern | District of | Texas - Brownsville Division |

Coastal Engineering, Inc.   2001 SEP 19 PM 12:12

**SUMMONS IN A CIVIL CASE**

V.

National American Insurance Company
Liberty Mutual Insurance Company
Valley Forge Insurance Company

CASE NUMBER: B-01-150

| DEP. NO. | DATE |
|---|---|
| 4, ? | 9-19-01 |
|  |  |
|  |  |

TO: (Name and address of Defendant)

National American Insurance Company
David W. McLane
1601 Elm Street, Suite 3000   45-L
Dallas, Texas 75201   2500   214-999 3000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rollins Koppel
Koppel & Associates, L.L.P.
312 East Van Buren
P.O. Box 2878
Harlingen, Texas 78551
(956) 425-2000

**DALLAS COUNTY
SHERIFF FEE COLLECTED**

an answer to the complaint which is herewith served upon you, within ~~Thirty (30)~~ Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                                              September 17, 2001

CLERK                                                                DATE

_Elizabeth Fouseh_

(By) DEPUTY CLERK

9-20-2001  2:31 pm