9

AO 440 (Rev. 10/93) Summons in a Civil Action

CA B-01-150

## RETURN OF SERVICE

| | DATE 9-25-2001 | United States District Court Southern District of Texas FILED OCT 0 9 2001 |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | | |
| NAME OF SERVER (PRINT) J.J. Pena #150 Deputy Sheriff | TITLE | J.J. Pena #150 Deputy Sheriff  Michael N. Milby Clerk of Court |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: C.T CORP SYS RES AGENT FOR LIBERTY MUTUAL INS CO AT 350 N ST PAUL ST DALLAS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 5- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-25-2001
             Date

Signature of Server

J.J. Pena #150
Deputy Sheriff

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

≈ 8 1 2 2

# UNITED STATES DISTRICT COURT

2001 SEP 19 PM 12: 12

| Southern | District of | Texas - Brownsville Division |
|---|---|---|

Coastal Engineering, Inc.

V.

National American Insurance Company
Liberty Mutual Insurance Company
Valley Forge Insurance Company

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-01-150

| DEP. NO. | DATE |
|---|---|
| 413 | 9-19-01 |
| | |

TO: (Name and address of Defendant)

Liberty Mutual Insurance Company
c/o CT Corporation System
350 North St. Paul Street
Dallas, Texas 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rollins Koppel
Koppel & Associates, L.L.P.
312 East Van Buren
P.O. Box 2878
Harlingen, Texas 78551
(956) 425-2000

- DALLAS COUNTY
SHERIFF FEE COLLECTED

an answer to the complaint which is herewith served upon you, within _Twenty (20)_ ~~Thirty (30)~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                    September 17, 2001

CLERK                                       DATE

_Elizabeth [signature]_

(By) DEPUTY CLERK