IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



**United States District Court
Southern District of Texas
FILED**

**NOV 0 2 2001**

**Michael N. Milby
Clerk of Court**

| | |
|---|---|
| COASTAL ENGINEERING, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-01-150 |
| NATIONAL AMERICAN INSURANCE § | |
| COMPANY, LIBERTY MUTUAL § | |
| INSURANCE COMPANY, AND VALLEY § | |
| FORGE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Coastal Engineering, Inc. (hereinafter "Coastal" or "Plaintiff"), National American Insurance Company ("National American"), Liberty Mutual Insurance Company ("Liberty Mutual") and Valley Forge Insurance Company ("Valley Forge"), being all of the parties hereto, hereby stipulate to the dismissal of the above-styled-and-numbered cause without prejudice.

While not all issues have been resolved among all of the parties, many of the issues raised by Coastal's pleadings are now either moot or premature and Coastal no longer wishes to pursue as Plaintiff any remaining issues, which it believes are best resolved, if necessary in a separate action brought solely on such issues by the defendant involved. The parties do hereby agree, however, than any future action filed by any of them involving the subject matter of Coastal's claim here, will be filed in the United States District Court for the

Southern District of Texas, Brownsville Division and that they will not take any steps to defeat the diversity of citizenship jurisdiction of said Court, including but not limited to the adding of any non-diverse party.

WHEREFORE, upon the stipulation of all parties, the Court is respectfully urged to dismiss this action without prejudice.

Respectfully submitted,

**KOPPEL & ASSOCIATES, L.P.**
312 East Van Buren
P.O. Box 2878
Harlingen, Texas 78551
Telephone:   956-425-2000
Facsimile:   956-421-4258

By: _____
Rollins M. Koppel
State Bar No: 116800000

ATTORNEY FOR PLAINTIFF
COASTAL ENGINEERING, INC.

**MASON, COPELEN, SHUCHART,
HUTCHINS & BANKS, P.C.**
7500 San Felipe, Suite 700
Houston, Texas 77063
Telephone:   713-785-5595
Facsimile:   713-785-8651

By: _____
Fred L. Shuchart
State Bar No: 18316250

ATTORNEY FOR DEFENDANT
NATIONAL AMERICAN
INSURANCE COMPANY

LUGENBUGL, WHEATON, PECK,
RANKIN & HUBBARD
2775 Pan American Life Center
801 Poydras Street
New Orleans, Louisiana 70130-6027
Telephone:    504-568-1990
Facsimile:    504-529-7418


By: _____
    Ralph S. Hubbard, III
    State Bar No: 7040

ATTORNEY FOR DEFENDANT
LIBERTY MUTUAL INSURANCE
COMPANY


HUGHES & LUCE, L.L.P.
111 Congress Avenue, Suite 900
Austin, Texas 78701
Telephone:    512-482-6800
Facsimile:    512-482-6859

By: _/s/ signature_____
    Paul J. Van Osselaer
    State Bar No: 20451500

ATTORNEY FOR DEFENDANT
VALLEY FORGE INSURANCE
COMPANY

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

601 Poydras Street
Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-529-7418

By: *Ralph S. Hubbard III*
Ralph S. Hubbard III
LA State Bar No. 7040