United States District Court
Southern District of Texas
ENTERED

NOV 13 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COASTAL ENGINEERING, INC. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-150 |
| | § | |
| NATIONAL AMERICAN INSURANCE | § | |
| COMPANY, LIBERTY MUTUAL | § | |
| INSURANCE COMPANY, AND | § | |
| VALLEY FORGE INSURANCE | § | |
| COMPANY | § | |

## ORDER OF DISMISSAL

**WHEREAS**, the parties have announced to this Court that they have executed a Stipulation for Voluntary Dismissal and there is no longer any necessity to prosecute this lawsuit and Plaintiff and Defendants request that this lawsuit be dismissed without prejudice pursuant to provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure;

**IT IS THEREFORE, ORDERED, ADJUDGED and DECREED** that the above styled and numbered suit is dismissed in its entirety without prejudice and that all taxable court costs be assessed against the party so incurring same.

SIGNED FOR ENTRY this 13th day of November, 2001.

_____
Judge Presiding